UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Sarah Weinberg,<br><br>                    *Defendant.* | [~~Proposed~~] **Order**<br><br>**03 Cr. 910 (LAP)** |

WHEREAS, on October 30, 2003, the Court ordered the Clerk of Court to accept a check in the amount of $104,000 on behalf of defendant Sarah Weinberg, provided as restitution to the victim, the Social Security Administration, in the above-captioned case;

WHEREAS, on October 30, 2003, the Court also ordered the Clerk of Court to direct that Weinberg's check be deposited into an interest-bearing account pending resolution of this matter;

WHEREAS, on May 12, 2005, Weinberg pleaded guilty to one count of theft of public funds, in violation of 18 U.S.C. § 641;

WHEREAS, at Weinberg's sentencing on December 13, 2005, the Court recognized that restitution was appropriate in this matter and orally imposed restitution in the amount that Weinberg had already deposited with the Clerk of Court prior to her plea and sentencing;

IT IS HEREBY ORDERED that the Clerk of Court shall transfer, by check made payable to the victim, Social Security Administration, the $104,000 contained in the account held by the Clerk, plus any accrued interest and less any applicable fees, the net proceeds of which shall be mailed or delivered to the victim at the following address:

>   Social Security Administration
>   Debt Management Section
>   PO Box 2861
>   PHILADELPHIA PA 19122

The Clerk shall also include defendant's name and the docket number of this case on the check transmitting the restitution funds.

SO ORDERED.

February 20, 2024
New York, New York

_____
HON. LORETTA A. PRESKA
United States District Judge

2